UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LANDON BRINKMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED PARCEL SERVICE, INC., a foreign public utility corporation doing business as UPS; and DOES 1-20, as yet unknown Washington entities,<br><br>　　　　　　　Defendants. | Case No. 2:24-cv-01600<br><br>PLAINTIFF'S VOLUNTARY DISMISSAL WITHOUT PREJUDICE |

**<u>ORDER</u>**

Based on Dkt. 12, the Court hereby ORDERS that this action against United Parcel Service, Inc. is dismissed without prejudice and without an award of fees or costs to any party.

DATED this 4th day of June, 2025.

_____
Tiffany M. Cartwright
United States District Judge